IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAWAAD NASH, | : | Civil No. 3:16-cv-762 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

### ORDER

**AND NOW**, this \_\_7th\_\_ day of July, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 3) for leave to proceed *in forma pauperis* is **DISMISSED** as moot.[1]

2. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED** without prejudice for lack of jurisdiction.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] Subsequent to filing the motion for leave to proceed *in forma pauperis*, Nash paid the requisite filing fee. *See* (Docket entry dated May 24, 2016).